IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KATZAKIAN,<br><br>          Plaintiff,<br><br>   vs.<br><br>COLLECTIBLES MANAGEMENT RESOURCES,<br><br>          Defendant.<br>_____ / | CASE NO. CV F 12-1677 LJO SKO<br><br>**ORDER TO FILE PAPERS AS TO MAGISTRATE JUDGE CONSENT** |

Plaintiff has filed papers to consent to the conduct of all further proceedings by a U.S. Magistrate Judge. As such, this Court ORDERS defendant Collectibles Management Resources, no later than November 17, 2012, to file papers to indicate whether it consents to the conduct of further proceedings by a U.S. Magistrate Judge.

The district judges of this Court carry the heaviest caseloads in the nation. The magistrate judges of this Court carry lesser caseloads and offer greater availability and flexibility to the parties. The district judges are unable to commit to address actions pending before them given limited resources and the need to prioritize criminal and older civil matters over more recently filed actions. As such, this Court urges the parties to consider the conduct of all further proceedings by a U.S. Magistrate Judge. A consent form is available on the Court's website www.caed.uscourts.gov by checking the Forms link or by telephoning the Clerk's Office at (559) 499-5600 or (559) 499-5601.

IT IS SO ORDERED.

**Dated:   November 5, 2012**          /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE

1