1

2

3

4

5              **IN THE UNITED STATES DISTRICT COURT**

6            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8    SUSAN KATZAKIAN,                          CASE NO. CV F 12-1677 LJO SKO

9                    Plaintiff,               **ORDER TO FILE PAPERS AS TO**
                                              **MAGISTRATE JUDGE CONSENT**
10           vs.

11   COLLECTIBLES MANAGEMENT
     RESOURCES,
12
                    Defendant.
13   _____/

14

15        Plaintiff has filed papers to consent to the conduct of all further proceedings by a U.S. Magistrate

16   Judge.  As such, this Court ORDERS defendant Collectibles Management Resources, no later than

17   November 17, 2012, to file papers to indicate whether it consents to the conduct of further proceedings

18   by a U.S. Magistrate Judge.

19        The district judges of this Court carry the heaviest caseloads in the nation.  The magistrate judges

20   of this Court carry lesser caseloads and offer greater availability and flexibility to the parties.  The

21   district judges are unable to commit to address actions pending before them given limited resources and

22   the need to prioritize criminal and older civil matters over more recently filed actions.  As such, this

23   Court urges the parties to consider the conduct of all further proceedings by a U.S. Magistrate Judge.

24   A consent form is available on the Court's website www.caed.uscourts.gov by checking the Forms link

25   or by telephoning the Clerk's Office at (559) 499-5600 or (559) 499-5601.

26        IT IS SO ORDERED.

27   **Dated:    November 5, 2012**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE
28

                                         1