IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KATZAKIAN, | CASE NO. CV F 12-1677 LJO SKO |
| Plaintiff, | **ORDER TO VACATE HEARING AND TO TERM MOTION** |
| vs. | (Doc. 8.) |
| COLLECTIBLES MANAGEMENT RESOURCES, | |
| Defendant. | |

On October 19, 2012, defendant Collectibles Management Resources ("defendant") filed its F.R.Civ.P. 12 motion to dismiss plaintiff Susan Katzakian's ("plaintiff's") original complaint and set a November 19, 2012 hearing. On November 5, 2012, plaintiff filed her first amended complaint as a matter of course under F.R.Civ.P. 15(a)(1). As such, this Court:

1. VACATES the November 19, 2012 hearing in that the first amended complaint renders moot the F.R.Civ.P. 12 motion to dismiss the original complaint;

2. DIRECTS the clerk to term the F.R.Civ.P. 12 motion to dismiss the original complaint (doc. 8); and

3. ORDERS defendant, no later than November 28, 2012, to file papers to respond to the first amended complaint.

This Court will take no further action on the F.R.Civ.P. 12 motion to dismiss the original complaint (doc. 8).

IT IS SO ORDERED.

**Dated:   November 6, 2012**                   **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE

1