Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Grant A. Winter - 266329
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
gwinter@ellislawgrp.com

Attorneys for Defendant DEFENDANT COLLECTIBLES MANAGEMENT RESOURCES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

SUSAN KATZAKIAN,

      PLAINTIFF,

v.

COLLECTIBLES MANAGEMENT
RESOURCES,

      DEFENDANT.

Case No.:  12-cv-1677 LJO SKO

**STIPULATION TO DISMISS WITH PREJUDICE; AND PROPOSED ORDER**

- 1 -

1       The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate to

2   dismiss the entire action with prejudice, with each party to bear its own costs and fees.

3   Dated: February 8, 2013

4                       ELLIS LAW GROUP, LLP

5                       By  */s/  Grant A. Winter*

6                           Grant A. Winter
                        Attorney for Defendant

7                           COLLECTIBLES MANAGEMENT RESOURCES

8   Dated: February 8, 2013

9                       LAW OFFICES OF TODD FRIEDMAN

10

11                      By  */s/  Nicholas Bontrager*

12                          Nicholas Bontrager
                        Attorney for Plaintiff

13                          SUSAN KATZAKIAN

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS WITH PREJUDICE; AND PROPOSED ORDER

**CERTIFICATE OF SERVICE**

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 740 University Avenue, Suite 100, Sacramento, CA 95825.

On February 8, 2013, I served the following document(s) on the parties in the within action:

**STIPULATION TO DISMISS WITH PREJUDICE; AND PROPOSED ORDER**

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE:** The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |

| | |
|---|---|
| Todd Friedman<br>Law Offices of Todd Friedman<br>369 S. Doheny Drive<br>Suite 415<br>Beverly Hills, CA 90211 | Attorneys for Plaintiff<br>SUSAN KATZAKIAN |
| Nicholas Bontrager<br>Law Offices of Todd Friedman, P.C.<br>369 S. Doheny Drive<br>Suite 415<br>Beverly Hills, CA 90211 | Attorneys for Plaintiff<br>SUSAN KATZAKIAN |
| Suren Weerasuriya<br>Law Offices of Todd Friedman<br>369 S. Doheny Drive<br>Suite 415<br>Beverly Hills, CA 90211 | Attorneys for Plaintiff<br>SUSAN KATZAKIAN |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on February 8, 2013.

By _____
Jennifer E. Mueller