Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Grant A. Winter - 266329
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
gwinter@ellislawgrp.com

Attorneys for Defendant DEFENDANT COLLECTIBLES MANAGEMENT RESOURCES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SUSAN KATZAKIAN,<br><br>    PLAINTIFF,<br><br>v.<br><br>COLLECTIBLES MANAGEMENT RESOURCES,<br><br>    DEFENDANT. | Case No.:  12-cv-1677 LJO SKO<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-caption action is dismissed with prejudice pursuant to FRCP 41(a)(1), with each party to bear its own costs and fees.  The clerk is directed to close this action.


IT IS SO ORDERED.

Dated:  **February 8, 2013**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE